UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Brandon Clement,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Katie Couric Media, LLC,<br><br>　　　　　　Defendant. | Case No: 1:23-cv-04542-ER |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: June 27, 2023

　　　　　　　　　　　　　　　　　　　　　　**SANDERS LAW GROUP**

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Joshua D. Vera*
　　　　　　　　　　　　　　　　　　　　　　Joshua D. Vera, Esq.
　　　　　　　　　　　　　　　　　　　　　　333 Earle Ovington Blvd, Suite 402
　　　　　　　　　　　　　　　　　　　　　　Uniondale, NY 11553
　　　　　　　　　　　　　　　　　　　　　　Tel: (516) 203-7600
　　　　　　　　　　　　　　　　　　　　　　Email: jvera@sanderslaw.group
　　　　　　　　　　　　　　　　　　　　　　File No.: 126272
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*